NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ROBERT W. SCHOPF,**
*Appellant*

---

2019-2331, 2019-2332

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/013,835, 90/013,836.

---

**JUDGMENT**

---

JOHN EDWARD CURTIN, Capitol Patent & Trademark Law Firm, PLLC, Alexandria, VA, argued for appellant. Also represented by THOMAS LEE, JOHN R. SCHAEFER, Bacon & Thomas, PLLC, Alexandria, VA.

MARY L. KELLY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MAUREEN DONOVAN QUELER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2020          /s/ Peter R. Marksteiner
      Date          Peter R. Marksteiner
               Clerk of Court